UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021
```

SHARIF KING,

                              Plaintiff,

            -against-

OMAR MALCOLM; SUSANKAR; and
RIVAS,

                              Defendants.

21-CV-6986 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

        The Clerk of Court is directed to notify the New York City Department of Correction and

the New York City Law Department of this order.  The Court requests that Assistant Deputy

Warden Omar Malcom, Shield No. 184; Captain Susankar, Shield No. 343; and Correction

Officer Rivas, Shield No. 18863 waive service of summonses.

        The Clerk of Court respectfully is requested to mail a copy of this order to Plaintiff.

SO ORDERED.

 Dated:     September 13, 2021
            New York, New York

                                        _Mary Kay Vyskocil_____
                                        MARY KAY VYSKOCIL
                                        United States District Judge