UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/1/2022

SHARIF KING,

                Plaintiff,

-against-

OMAR MALCOLM, *Assistant Deputy Warden, Shield No. 184*, et al.,

                Defendants.

1:21-cv-6986-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by the Magistrate Judge that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by May 1, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*. The Clerk of Court is respectfully requested to terminate the letter motions pending at docket entries 13 and 17.

**SO ORDERED.**

Date: **April 1, 2022**
      **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**